THE CITY OF ROCHESTER, Respondent, *v.* THE AMERICAN AGRICULTURAL CHEMICAL COMPANY, Appellant.

*City of Rochester* v. *American Agr. Chemical Co.*, 151 App. Div. 900, affirmed.
(Submitted April 24, 1914; decided May 12, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 22, 1912, which affirmed a judgment of the Monroe County Court affirming a judgment of the Police Court of the city of Rochester convicting the defendant of a violation of a health ordinance of the city of Rochester in operating a phosphate or fertilizer works without permission of the common council.

*Horace McGuire* for appellant.

*William W. Webb, Corporation Counsel (John M. Stull* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.